United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALESHNI CHAND,<br><br>  Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>  Defendants. | Case No. 16-cv-06311-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 7, 2017 at 2:00 p.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | September 1, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: October 2, 2017<br>Rebuttal: October 16, 2017 |
| EXPERT DISCOVERY CUTOFF: | October 31, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | Heard on 35 day notice. Filed by 11/28/17 |
| TRIAL DATE AND LENGTH: | Friday and a Monday at 8:30 a.m. for 2 days<br>(Jury Trial) |

Parties are advised that the Court will set a trial date in this action following the hearing on Dispositive/Daubert motions. The Court will give counsel 30 days' notice of the trial date.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 16, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge